1  Lynette Gridiron Winston (#151003)
       lwinston@afrct.com
2  Anglin, Flewelling, Rasmussen,
       Campbell & Trytten LLP
3  199 S. Los Robles Avenue, Suite 600
4  Pasadena, California 91101-2459
   Tel: (626) 535-1900 | Fax: (626) 577-7764
5
6  Attorneys for Defendant
   WELLS FARGO BANK, N.A., successor
7  by merger with Wells Fargo Bank
   Southwest, N.A., f/k/a Wachovia
8  Mortgage, FSB, f/k/a World Savings
   Bank, FSB (sued as "Wells Fargo Bank,
9  N.A., successor-in-interest to Wachovia
   Mortgage, FSB") ("Wells Fargo")
10

11

12              UNITED STATES DISTRICT COURT

13        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

14

| 15 | XOCHITL ORTIZ, | CASE NO.: EDCV11-04639-RGK-PLAx |
|---|---|---|
| 16 | Plaintiff, | [The Honorable R. Gary Klausner Courtroom 850] |
| 17 | | |
| 18 | vs. | **JUDGMENT OF DISMISSAL** |
| 19 | | |
| 20 | WELLS FARGO BANK, N.A., Successor-In-Interest to WACHOVIA MORTGAGE, FSB; ETS SERVICES, LLC; GMAC MORTGAGE, LLC and DOES 1 through 50, inclusive, | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |

25

26

27

28

**TO THE HONORABLE COURT AND TO PLAINTIFF AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On August 26, 2011, this Court entered an Order granting the motion of defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (sued as "Wells Fargo Bank, N.A., successor-in-interest to Wachovia Mortgage, FSB") ("Wells Fargo"), to dismiss the complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In accordance with that Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiff's Complaint is dismissed with prejudice.
2. Plaintiff's Xochitl Ortiz shall take nothing from defendant Wells Fargo.

Date: September 1, 2011 _____
Hon. R. Gary Klausner
United States District Judge

Respectfully submitted,

ANGLIN, FLEWELLING,
RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By:   /s/ Lynette Gridiron Winston
Lynette Gridiron Winston
lwinston@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

## [PROPOSED] JUDGMENT OF DISMISSAL

on all interested parties as follows:

**Served Electronically Via The Court's CM/ECF System:**

| *Counsel for Plaintiff:* | *Counsel for Defendants ETS Services, LLC and GMAC Mortgage, LLC*: |
|---|---|
| CONSUMER PROTECTION ASSISTANCE COALITION, INC.<br>2911 S. Bristol Street.<br>Santa Ana, CA  92704-6205<br><br>Tel:  (800) 991-7634<br>Fax: (714) 955-6655<br><br>Gary Lane, Esq.<br>glane@4cpls.com<br><br>Auriol L.R. Steel<br>asteel@4cpls.com<br><br>Nandita Kumaraswamy<br>nks077@yahoo.com | Stephanie A. Chambers, Esq.<br>SEVERSON & WERSON, APC<br>19100 Von Karman Avenue, Suite 700<br>Irvine, CA  92612<br><br>Tel:  (949) 442-7110<br>Fax: (949) 442-7118<br>sac@severson.com<br><br>Regina J. McClendon, Esq.<br>SEVERSON & WERSON, APC<br>1 Embarcadero Center, Suite 2600<br>San Francisco, CA  94111<br><br>Tel:  (415) 398-3344<br>Fax: (415) 956-0439<br>rjm@severson.com |

Certificate of Service Continued Next Page

**AND**

by placing  **X**  **a true and correct copy** enclosed in a sealed envelope addressed as follows:

Charles Ton
Phuong Pham
CONSUMER PROTECTION ASSISTANCE COALITION, INC.
2911 S. Bristol Street.
Santa Ana, CA  92704-6205

Tel:  (800) 991-7634
Fax:  (714) 955-6655

**[X]**  **BY MAIL:**  I am readily familiar with the firm's practice of collection and processing correspondence by mailing.  Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X]**  **FEDERAL:**  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on **August 31, 2011.**

| Jill Ashley | /s/ Jill Ashley |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

95451/000861/00220630-1

CASE NO.  EDCV11-04639 RGK (PLAx)
CERTIFICATE OF SERVICE